COMMONWEALTH *vs*. EDWARD J. HEALY. April 16, 1980. The defend-
ant appeals from a conviction on an indictment charging assault and bat-
tery by means of a dangerous weapon. (He was found not guilty on an
indictment charging assault with intent to murder the same victim.)

We pass the question whether the defendant has properly preserved his
appellate rights because we conclude that there was no error. This case is
controlled in all material aspects by *Commonwealth* v. *Mattias*, 8 Mass.
App. Ct. 786, 791-792 (1979). See also *Commonwealth* v. *Cepulonis*,
7 Mass. App. Ct. 646, 647-650 (1979).

All the defendant's claims on appeal center on the presentation by the
prosecutor to the victim of a weapon (knife) marked for identification,
but not admitted in evidence as an exhibit. The victim did testify, how-
ever: "I can't say it is the exact knife but it is similar." Even though it
might have been more prudent for the Commonwealth to have avoided
any use of the knife after the defendant's challenge to it, we think that it
was probative of the fact that the victim had been assaulted and battered
by means of a dangerous weapon. In balancing probative value against
undue prejudice to the defendant, "courts afford considerable leeway to
the discretion of the trial judge." *Mattias, supra* at 792. We find no
abuse of that discretion on this record. See *Commonwealth* v. *Rodrigues*,
6 Mass. App. Ct. 925 (1978). Moreover, we note that the knife was not
sent to the jury room with the exhibits, nor did the Commonwealth make
any reference to it during closing argument.

In light of our conclusion that it was not error to display the knife to
the jury or to allow the victim to comment on its similarity to the weapon
used in the attack, we think that the judge properly handled this matter in
his instructions by not mentioning it at all. We note in passing that the
defendant made no request for additional instructions after the judge
completed his charge to the jury. See *Commonwealth* v. *Cullen*, 8 Mass.
App. Ct. 910 (1979), and cases cited.

*Judgment affirmed.*

*Michael V. Iudice* for the defendant.
*Diane Katlic,* Assistant District Attorney, for the Commonwealth.